IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELANEE HAND,

    Plaintiffs,

                              1:21-cv-00171-KWR-JHR

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

**THIS MATTER** having come before the Court upon the parties' Stipulated Motion to Dismiss, the Court having reviewed the pleadings, and being fully advised in the premises, FINDS that the Motion is **WELL-TAKEN** and should be **GRANTED.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Complaint filed herein and all remaining claims that were, or which could have been, asserted in this matter are hereby **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

                                              **KEA W. RIGGS**
                                              **UNITED STATES DISTRICT JUDGE**

**RESPECTFULLY SUBMITTED,**

GUEBERT GENTILE & PIAZZA P.C.


By      */s/ Elizabeth M. Piazza*
      Terry R. Guebert
      Elizabeth M. Piazza
      Clinton E. Dow
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      epiazza@guebertlaw.com
      cdow@guebertlaw.com
      *Attorneys for Defendant*

and

SZANTHO LAW FIRM P.C.


By      */s/ Email Approval Received 9/7/2021*
      Andras Szantho Esq.
      Szantho Law Firm P.C.
      210 Montezuma Ave. Ste. 200
      Santa Fe, NM 87501
      (505) 820-3366
      andras@szantholaw.com
      *Attorney for Plaintiff*